AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| EHS LENS PHILIPPINES, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 3:16CV563 |
| v. | ) | |
| ESSILOR INTERNATIONAL, S.A.; ESSILOR OF AMERICA, INC.; and ESSILOR LABORATORIES OF AMERICA, INC., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESSILOR INTERNATIONAL, S.A.
147, rue de Paris, 94220 Charenton-le-Pont, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R. Sommer
Winston & Strawn LLP
1700 K St., N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 9, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| EHS LENS PHILIPPINES, INC., | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:16CV563 |
| ESSILOR INTERNATIONAL, S.A.; ESSILOR OF AMERICA, INC.; and ESSILOR LABORATORIES OF AMERICA, INC., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESSILOR OF AMERICA, INC.
13555 N. Stemmons Freeway
Dallas, Texas 75234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R. Sommer
Winston & Strawn LLP
1700 K St., N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **July 9, 2016**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| EHS LENS PHILIPPINES, INC., <br><br> *Plaintiff(s)* <br> v. <br> ESSILOR INTERNATIONAL, S.A.; ESSILOR OF AMERICA, INC.; and ESSILOR LABORATORIES OF AMERICA, INC., <br><br> *Defendant(s)* | Civil Action No. 3:16CV563 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESSILOR LABORATORIES OF AMERICA, INC.
13555 N. Stemmons Freeway
Dallas, Texas 75234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R. Sommer
Winston & Strawn LLP
1700 K St., N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 9, 2016

*Signature of Clerk or Deputy Clerk*